**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **PANTAURUS, LLC** § § § | |
| Plaintiff, § | CIVIL ACTION NO. 2:16-cv-179 |
| § | |
| v. § | |
| § | |
| **MOTOROLA SOLUTIONS, INC.** § § | |
| Defendant. § | |

## ORDER OF DISMISSAL WITH PREJUDICE

In consideration of Plaintiff's Unopposed Motion For Dismissal With Prejudice of all claims asserted between Plaintiff Pantaurus LLC ("Plaintiff") and Defendant Motorola Solutions, Inc. ("Defendant"), the Unopposed Motion For Dismissal With Prejudice is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff and Defendant, are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees, expenses, and costs are to be borne by the party that incurred them.

**SIGNED this 27th day of June, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE